# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146171(47)

CHRISTOPHER M. SCHARNITZKE,
      Plaintiff-Appellee,
      Cross-Appellant,

v

                                    SC: 146171
                                    COA: 304515
COCA-COLA ENTERPRISES,              WCAC: 10-000061
      Defendant-Appellant,
      Cross-Appellee.

_____/

On order of the Court, the motion for reconsideration of this Court's March 27, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



d0722

                            Clerk